## In re COMPUTER DYNAMICS, INCORPORATED, Debtor.

### Stephen Gary Merrill, Plaintiff–Appellant,

v.

### United States Trustee, Party in Interest–Appellee.

### No. 00–2469.

United States Court of Appeals, Fourth Circuit.

Submitted May 17, 2001.

Decided May 22, 2001.

Stephen Merrill, Ghent Law Offices, Norfolk, VA, for appellant.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Stephen Gary Merrill appeals from the district court's order affirming the bankruptcy court's order which suspended his right to practice before the bankruptcy court for the Eastern District of Virginia. Our review of the record included on appeal, as well on Merrill's brief, discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *Merrill v. United States Trustee,* Nos. CA–00–556–2; BK–95–23127–A (E.D.Va. Oct. 13, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*